1  LAWRANCE A. BOHM, (SBN 208716)
   VICTORIA L. BAIZA (SBN 282715)
2  **BOHM LAW GROUP**
   4600 Northgate Boulevard
3  Suite 210
   Sacramento, CA 95834
4  (916) 927-5574
   FAX (916) 927-2046
5
   Attorneys for Plaintiff
6  VIRGINIA KRAPF

7  **MUNSCH HARDT KOPF & HARR, P.C.**
   DEREK H. SPARKS
8  3800 Lincoln Plaza (which address do I use?)
   500 N. Akard Street
9  Dallas, Texas 75201-6659
   Direct  214.855.7563
10 Fax     214.978.5315
   dsparks@munsch.com
11
12 Attorney for Defendant
   VIRTUOX INC.
13
                    UNITED STATES DISTRICT COURT
14
                    NORTHERN DISTRICT OF CALIFORNIA
15
16
17 VIRGINIA KRAPF                          Case No. C 13-00856 SC

18          Plaintiff,                     **STIPULATION AND [PROPOSED]**
                                           **ORDER SELECTING ADR PROCESS**
19 v.

20 VIRTUOX, INC.

21          Defendant.

22

23      Counsel report that they have met and conferred regarding ADR and have reached the
   following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:
24
25 ///

26 ///

27 ///

28
                                        1

Stipulation And [Proposed] Order Selecting ADR Process
VIRGINIA KRAPF v. VIRTUOX, INC.

The parties agree to participate in the following ADR process:

     **Court Processes:**
         ☐    Non-binding Arbitration (ADR L.R. 4)
         ☐    Early Neutral Evaluation (ENE)   (ADR L.R. 5)
         X    Mediation (ADR L.R. 6)

     **Private Process:**
         ☐    Private ADR

The parties agree to hold the ADR session by:
         ☐    the presumptive deadline

         X    other requested deadline
         January 31, 2014

Dated: 5/16/13                     /s/
                                      Attorney for Plaintiff, Virginia Krapf
                                      Lawrance A. Bohm, Esq.
                                      Victoria L. Baiza, Esq.

Dated: 5/16/13                     /s/
                                        Attorney for Defendant, Virtuox, Inc.
                                      Derek H. Sparks, Esq.

**[~~PROPOSED~~] ORDER**

         ☒    The parties' stipulation is adopted and IT IS SO ORDERED.
         ☐    The parties' stipulation is modified as follows, and IT IS SO ORDERED.

Dated:   05/29/2013

Judge Samuel Conti

Stipulation And [Proposed] Order Selecting ADR Process
VIRGINIA KRAPF v. VIRTUOX, INC.