1  LAWRANCE A. BOHM, (SBN 208716)
   VICTORIA L. BAIZA (SBN 282715)
2  **BOHM LAW GROUP**
   4600 Northgate Boulevard
3  Suite 210
   Sacramento, CA 95834
4  (916) 927-5574
   FAX (916) 927-2046
5
   Attorneys for Plaintiff
6  VIRGINIA KRAPF

7  **MUNSCH HARDT KOPF & HARR, P.C.**
   DEREK H. SPARKS
8  3800 Lincoln Plaza (which address do I use?)
   500 N. Akard Street
9  Dallas, Texas 75201-6659
10 Direct  214.855.7563
   Fax    214.978.5315
11 dsparks@munsch.com

12 Attorney for Defendant
13 VIRTUOX INC.

14                UNITED STATES DISTRICT COURT

15                NORTHERN DISTRICT OF CALIFORNIA

16

17 VIRGINIA KRAPF
                                        Case No. C 13-00856 SC
18            Plaintiff,
                                        **STIPULATION AND [~~PROPOSED~~]**
19 v.                                   **ORDER SELECTING ADR PROCESS**

20 VIRTUOX, INC.

21            Defendant.

22 ─────────────────────────────

23       Counsel report that they have met and conferred regarding ADR and have reached the
   following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:
24
   ///
25
   ///
26
   ///
27
                                            1
28

The parties agree to participate in the following ADR process:

**Court Processes:**
- ☐ Non-binding Arbitration (ADR L.R. 4)
- ☐ Early Neutral Evaluation (ENE)   (ADR L.R. 5)
- X   Mediation (ADR L.R. 6)

**Private Process:**
- ☐ Private ADR

The parties agree to hold the ADR session by:
- ☐ the presumptive deadline
- X   other requested deadline
  January 31, 2014

Dated: 5/16/13                                              /s/
                                                            Attorney for Plaintiff, Virginia Krapf
                                                            Lawrance A. Bohm, Esq.
                                                            Victoria L. Baiza, Esq.

Dated: 5/16/13                                              /s/
                                                            Attorney for Defendant, Virtuox, Inc.
                                                            Derek H. Sparks, Esq.

[~~PROPOSED~~] ORDER

- ☒ The parties' stipulation is adopted and IT IS SO ORDERED.
- ☐ The parties' stipulation is modified as follows, and IT IS SO ORDERED.

Dated:   05/29/2013

                                                    /s/ Judge Samuel Conti
                                                    Honorable
                                                    UNITED STATES DISTRICT JUDGE

2

Stipulation And [Proposed] Order Selecting ADR Process
VIRGINIA KRAPF v. VIRTUOX, INC.