**LEWIS BRISBOIS BISGAARD & SMITH LLP**
LISA BARNETT SWEEN, SBN 191155
    Email: sween@lbbslaw.com
HILARY DINKELSPIEL, SBN 258855
    Email: dinkelspiel@lbbslaw.com
333 Bush Street, Suite 1100
San Francisco, California 94104-2872
Telephone: 415.362.2580
Facsimile: 415.434.0882

Attorneys for Defendant
VIRTUOX, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

**DENIED**

| | |
|---|---|
| Virginia Krapf,<br><br>    Plaintiff,<br><br>vs.<br><br>VirtuOx, Inc.,<br><br>    Defendant. | CASE NO. 3:13-cv-00856-SC<br><br>**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY FOR DEFENDANT VIRTUOX, INC.**<br><br>Judge: Hon. Samuel Conti<br><br>Trial Date: None Set |

Notice is hereby given that, subject to approval by the Court, Defendant VirtuOx, Inc. substitutes Derek H. Sparks, MUNSCH HARDT KOPF & HARR, PC, State Bar No. 214480, as counsel of record in place of Lisa Barnett Sween and Hilary Dinkelspiel, Lewis Brisbois Bisgaard & Smith, LLP.

Contact information for new counsel is as follows:

Derek Sparks, Esq.
Email: dsparks@munsch.com
MUNSCH HARDT KOPF & HARR, PC
500 N. Akard Street
3800 Lincoln Plaza
Dallas, TX 75201-6659

///

///

1  I consent to the above substitution.

2

3  Date: May 15, 2013

   _____
   Steve Lica

4

5  I consent to being substituted.

6

7  Date: May 15, 2013

   _____
   Lisa Barnett Sween

8

9  I consent to the above substitution.

10

11 Date: May 15, 2013

   _____
   Derek H. Sparks

12

13

14

15

16 The substitution of attorney is hereby ORDERED.

17

18 Date: May ___, 2013

   _____
19



05/30/2013

DENIED

Judge Samuel Conti

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4843-2362-5748.1                                                2                                    3:13-cv-00856-SC
MHDocs 4404194_1 12567.4  CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY FOR DEFENDANT VIRTUOX, INC.