1 **LEWIS BRISBOIS BISGAARD & SMITH** LLP
LISA BARNETT SWEEN, SBN 191155
2     Email: sween@lbbslaw.com
HILARY DINKELSPIEL, SBN 258855
3     Email: dinkelspiel@lbbslaw.com
333 Bush Street, Suite 1100
4 San Francisco, California 94104-2872
Telephone: 415.362.2580
5 Facsimile: 415.434.0882

6 Attorneys for Defendant
VIRTUOX, INC.

7

8

9

10               UNITED STATES DISTRICT COURT

      NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

11

12                    **DENIED**

| | |
|---|---|
| Virginia Krapf, | CASE NO. 3:13-cv-00856-SC |
|         Plaintiff, | **CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY FOR DEFENDANT VIRTUOX, INC.** |
|     vs. | |
| VirtuOx, Inc., | Judge:   Hon. Samuel Conti |
|         Defendant. | Trial Date:   None Set |

13

14

15

16

17

18
      Notice is hereby given that, subject to approval by the Court, Defendant VirtuOx, Inc.
19
substitutes Derek H. Sparks, MUNSCH HARDT KOPF & HARR, PC, State Bar No. 214480, as
20
counsel of record in place of Lisa Barnett Sween and Hilary Dinkelspiel, Lewis Brisbois Bisgaard
21
& Smith, LLP.
22
      Contact information for new counsel is as follows:
23
Derek Sparks, Esq.
24 Email: dsparks@munsch.com
MUNSCH HARDT KOPF & HARR, PC
25 500 N. Akard Street
3800 Lincoln Plaza
26 Dallas, TX 75201-6659

27 ///

28 ///

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

1   I consent to the above substitution.

2

3   Date: May 15, 2013

4                                               Steve Lica

5   I consent to being substituted.

6

7   Date: May 15, 2013

8                                               Lisa Barnett Sween

9   I consent to the above substitution.

10

11  Date: May 15, 2013

12                                              Derek H. Sparks

13

14

15                          05/30/2013

16  The substitution of attorney is hereby ~~ORDERED.~~

17                              DENIED

18  Date: May ___, 2013

19                          Judge Samuel Conti

20

21

22

23

24

25

26

27

28

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4843-2362-5748.1                               2                        3:13-cv-00856-SC
MHDocs 4404194_1 12507.4
CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY FOR DEFENDANT VIRTUOX, INC.

