United States District Court<br>For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| VIRGINIA KRAPF,<br>　　　　Plaintiff,<br>　　v.<br>VIRTUOX, INC.<br>　　　　Defendant. | Case No. C 13-0856 SC<br><br>ORDER GRANTING MOTION TO <u>CONSOLIDATE CASES</u> |

On December 20, 2013, Defendant VirtuOx Inc. moved to consolidate the above-captioned case with the case <u>VirtuOx, Inc. v. Krapf</u>, Case No. C-13-05475 DMR, which was recently transferred to the Northern District of California. ECF No. 42 ("Mot."). Plaintiff Virginia Krapf filed a statement of non-opposition on the same day. ECF No. 43.

///

///

///

///

    Having read the papers and found the matter appropriate for resolution without oral argument, Civ. L.R. 7-1(b), and for good cause shown, the Court GRANTS the motion.  VirtuOx, Inc. v. Krapf, Case No. C-13-05475 DMR, is consolidated with this action.

    IT IS SO ORDERED.

    Dated: January 30, 2014                   
                                              UNITED STATES DISTRICT JUDGE