LAWRANCE A. BOHM (SBN: 208716)
VICTORIA L. BAIZA (SBN: 282715)
**BOHM LAW GROUP**
4600 Northgate Boulevard, Suite 210
Sacramento, CA 95834
Telephone: (916) 927-5574
Facsimile: (916) 927-2046

Attorneys for Plaintiff,
VIRGINIA KRAPF

MICHAEL D. BRUNO (SBN: 166805)
**GORDON & REES LLP**
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111

Attorneys for Defendant,
VIRTUOX, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIRGINIA KRAPF,<br><br>   Plaintiff,<br><br>   v.<br><br>VIRTUOX, INC.,<br><br>   Defendant. | Case No.: 3:13-cv-00856-SC<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER FOR DISMISSAL WITH**<br>**PREJUDICE**<br><br>**[Fed. R. Civ. P. 41(a)]**<br><br>**Hon. Samuel Conti** |

TO THE COURT, ALL PARTIES, AND ALL ATTORNEYS OF RECORD:

WHEREAS, Plaintiff VIRGINIA KRAPF ("Plaintiff"), for reason of Settlement between the parties, seeks to dismiss this action against Defendant VIRTUOX, INC., the parties through their attorneys of record and subject to Court approval, HEREBY STIPULATE to the following:

///

///

///

---

Stipulation and Order for Dismissal with Prejudice    - 1 -
*Virtuox, Inc. v. Krapf*
Case No.:  4:13-cv-05475-DMR

IT IS HEREBY STIPULATED by and between the parties to this action through their undersigned counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Each party shall bear her/its own costs and attorneys' fees except to the extent otherwise provided by the parties' Settlement Agreement.

Dated: April 22, 2014     BOHM LAW GROUP

By: _____*/s/ Victoria L. Baiza*_____
       Lawrance A. Bohm, Esq.
       Victoria L. Baiza, Esq.

       Attorneys for Plaintiff,
       VIRGINIA KRAPF

Dated:  April 22, 2014     GORDON & REES LLP

By: _____*/s/ Michael D. Bruno*_____
       Michael D. Bruno, Esq.

       Attorneys for Defendant,
       VIRTUOX, INC.

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED. The instant matter is hereby dismissed, in its entirety. The Clerk of the Court is directed to close the file.

Dated:   04/23/2014        _____
                           SAMUEL CONTI
                           UNITED STATES DISTRICT JUDGE

Stipulation and Order for Dismissal with Prejudice   - 2 -
*Virtuox, Inc. v. Krapf*
Case No.:  4:13-cv-05475-DMR